1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

3  Name  Hopkins    Dennis    G
4         (Last)        (First)       (Initial)
5  Prisoner Number   F 22518
6  Institutional Address   SQRC   G169
7                          San Quentin Ca 94964
8  ═══════════════════════════════════════

9             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10
    Hopkin's
11  _____              CV 08   0807
    (Enter the full name of plaintiff in this action.)
12                vs.                      )  Case No. _____
                                           )  (To be provided by the clerk of court)
13  CDCR Director Tillman                  )
14  Et alii Does 1-100                     )  COMPLAINT UNDER THE
    _____              )  CIVIL RIGHTS ACT,
15                                         )  42 U.S.C §§ 1983
                                           )
16                                         )
    _____              )
17  (Enter the full name of the defendant(s) in this action))
                                           )

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.   Exhaustion of Administrative Remedies

20  [Note: You must exhaust your administrative remedies before your claim can go

21  forward. The court will dismiss any unexhausted claims.]

22       A.   Place of present confinement    San Quentin

23       B.   Is there a grievance procedure in this institution?

24            YES (✓)   NO ( )

25       C.   Did you present the facts in your complaint for review through the grievance

26            procedure?

27            YES ( )   NO (✓)

28       D.   If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                     - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____ NO RESPONSE _____

_____ N/A _____ 2. First formal level _____

3. Second formal level _____ N/A _____

_____ N/A _____ 4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (✓)

F. If you did not present your claim for review through the grievance procedure, explain why. ___ I was to be Released on 01/26/08 ___

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Dennis Hopkins
P.O. Box 253
Columbus Jct Iowa 52738

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT — 2 —

1  place of employment.
2  CDCR Director Tillman
3
4
5
6  _____ III.
7  Statement of Claim
8       State here as briefly as possible the facts of your case. Be sure to describe how each
9  defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.
12      I was to be Released on Jan 26, 2008
13      I am still here. There is no
14      Reason not to Release me.
15
...
24
25 IV.   Relief
26      Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28

COMPLAINT                    - 3 -

1  Monetary & Punitive Damages,
2  Release if I am still in Custody at
3  time of trial. and any other
4  Releif the courts see fit.

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this __28th__ day of __January__, 20 _08_

11  _____
12  (Plaintiff's signature)

COMPLAINT                                  - 4 -

