FILED
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hopkins                  Plaintiff,         )  CASE NO. 08  0807
                                             )
  vs.                                        )  PRISONER'S
                                             )  APPLICATION TO PROCEED
CDCR Tillman                                 )  IN FORMA PAUPERIS
                         Defendant.          )

MHP (PR)

I, D Hopins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____        Net: _____∅_____

Employer: _____∅_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____Construction   16.50 hr_____Sept 28th 2007_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or              Yes ___ No ✓
10             self employment
11       b.    Income from stocks, bonds,           Yes ___ No ✓
12             or royalties?
13       c.    Rent payments?                       Yes ___ No ✓
14       d.    Pensions, annuities, or              Yes ___ No ✓
15             life insurance payments?
16       e.    Federal or State welfare payments,   Yes ___ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/a_____
22  _____
23  3.    Are you married?                          Yes ___ No ✓
24  Spouse's Full Name: _____N/a_____
25  Spouse's Place of Employment: _____N/a_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____∅_____ Net $_____∅_____
28  4.    a.    List amount you contribute to your spouse's support:$ ____∅____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____N/a_____
6  _____

7  5.   Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ ___Ø___ Amount of Mortgage: $ ___Ø___
9  6.   Do you own an automobile?    Yes ___ No ✓
10 Make ___Ø___ Year ___Ø___ Model ___Ø___
11 Is it financed? Yes ___ No ✓ If so, Total due: $ ___Ø___
12 Monthly Payment: $ ___Ø___
13 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___Ø___
15 _____
16 Present balance(s): $ ___Ø___
17 Do you own any cash? Yes ___ No ✓ Amount: $ ___Ø___
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____

21 8.   What are your monthly expenses?
22 Rent: $ ___Ø___   Utilities: ___Ø___
23 Food: $ ___Ø___   Clothing: ___Ø___
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 ___Ø___         $ ___Ø___         $ ___Ø___
27 _____         $ _____         $ _____
28 _____         $ _____         $ _____    9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  _____N/a____∅_____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?    Yes ___    No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/a_____
10 _____
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  __Jan 28, 2008__            __Dennis G. Hopkins__
17        DATE                          SIGNATURE OF APPLICANT