UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS G. HOPKINS, | No. C 08-807 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CDCR Director TILLMAN, | |
| Defendant. | |

This action is dismissed without prejudice because plaintiff did not keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 23, 2008

_____
Marilyn Hall Patel
United States District Judge